UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RAYMOND MATOS (#529440)

VERSUS

DEPARTMENT OF PUBLIC SAFETY
AND CORRECTIONS, ET AL.

CIVIL ACTION

NO. 12-478-JJB-SCR

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated January 9, 2013 (doc. no. 5). The plaintiff filed an objection which essentially makes the same arguments and has been duly considered by the court.

The court hereby approves the report and recommendation of the Magistrate Judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's claims against defendants Louisiana Department of Public Safety and Corrections and Warden Steve Rader are DISMISSED for failure to timely serve the defendants pursuant to Rule 4(m), Fed.R.Civ.P. and this action is DISMISSED.

Baton Rouge, Louisiana, this 20th day of February, 2013.

JAMES J. BRADY, U.S. DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA